**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BERLIN, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

Writer's Direct Contact
+1 (212) 336.4133
JPintarelli@mofo.com

January 28, 2014

**By Hand and E-Mail**

The Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

    Re:   *In re Soundview Elite, Ltd., et al.*, Case No. 13-13098 (REG)

Dear Judge Gerber:

    We represent Peter Anderson and Matthew Wright (the "**JOLs**"), as Joint Official Liquidators of Soundview Elite Limited, Soundview Premium Limited and Soundview Star Limited in the above referenced debtors' chapter 11 cases. Mindful of your recent *Bench Decision on Motions to Dismiss, for Relief from Stay, For Appointment of Trustee, and Sanctions for Contempt* (the "**Bench Decision**") [Docket No. 156], issued on January 23, 2014, the JOLs request permission to file a letter with the Grand Court of the Cayman Islands, attaching a copy of the Bench Decision as they are required to do under Order 10, rule 2.2 (f) of the Companies Winding Up rules, 2008 (as amended) whenever a significant event occurs in the case. The letter and the Bench Decision will form part of the Cayman proceedings' court file, which is available for inspection by any creditor or investor.

    In addition, the JOLs wish to work cooperatively with the chapter 11 trustee, whoever it may be, and wish to promote a positive working relationship between the courts and fiduciaries in these cases for the benefit of all stakeholders. Therefore, the JOLs would like to facilitate communications between this Court and the Grand Court of the Cayman Islands, if Your Honor should so desire. The JOLs are available at the Court's convenience to discuss these matters further.

                                                                        Respectfully,

                                                                        John A. Pintarelli

ny-1127462